UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JORGE EDUARDO MOSQUERA ESTUPIAN,

v.   Case No. 8:04-cr-238-T-17TBM

UNITED STATES OF AMERICA.
_____

ORDER

This cause is before the Court on Defendant's in forma pauperis motion for copies of plea and sentencing transcripts to be used to prepare a 28 U.S.C. § 2255 motion to vacate, set aside, or correct an allegedly illegal sentence. The motion for transcripts will be denied because Defendant can file the motion to vacate without a complete record of his case. See Donovan v. Maine, 276 F.3d 87, 93 (1st Cir. 2002) (habeas corpus petition need not be pleaded with particularity, so citation to transcript unnecessary); Lloyd v. Van Natta, 296 F.3d 630 (7th Cir. 2001), cert. denied 123 S. Ct. (2003) (holding that the unavailability of a transcript does not preclude petitioner from commencing habeas corpus proceedings and does not warrant equitable tolling).

Accordingly, the Court orders:

That Defendant's motion for plea and sentencing transcripts (Doc. No. 279) is denied.

ORDERED in Tampa, Florida, on this 15th day of September, 2005.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

AUSA: Kathy J. M. Peluso
Pro Se: Jorge Eduardo Mosquera Estupian