# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                                              CASE NO. 8:04-CR-238-T-17-TBM

JORGE EDUARDO MOSQUERO ESTUPINAN
_____/

## ORDER

This cause comes before the Court on the defendant's motion for sentence adjustment (Docket No. 392) and response from the government (Docket No. 394). The defendant seeks a six month reduction in his sentence because he, as an alien subject to deportation, is not eligible for the rewards offered for participation in a drug abuse program and half--way house release. The defendant submits that this amounts to a harsher sentence than a U.S. citizen would serve. The government objects. The Court finds the government response persuasive and incorporates it herein. Accordingly, it is.

**ORDERED** that defendant's motion for sentence adjustment (Docket No. 392) be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 12th day of August, 2008.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record